IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH LEE MARTINEZ,

    Plaintiff,                    No. CIV S-11-1445 DAD P

    vs.

DISTRICT ATTORNEY OF SAN
JOAQUIN COUNTY, et al.,

    Defendants.             <u>ORDER</u>

/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By an order filed July 21, 2011, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms necessary to effect service on the defendants. On July 29, 2011, plaintiff submitted the USM-285 forms but failed to provide addresses for the defendants on the forms.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court shall send plaintiff three USM-285 forms;

        2. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it with fully completed USM-285 forms for the District Attorney of San Joaquin County, the Sheriff of San Joaquin County, and Michael Mulvihill, Assistant District Attorney for San Joaquin County. Failure to comply with this order

1  or request an extension of time to do so will result in a recommendation for dismissal of this
2  action.
3  DATED: August 4, 2011.

          /s/ Dale A. Drozd
          DALE A. DROZD
          UNITED STATES MAGISTRATE JUDGE

6  DAD:9:md
   mart1445.8f

```
                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH LEE MARTINEZ,
            Plaintiff,                    No.  CIV S-11-1445 DAD P
        vs.
DISTRICT ATTORNEY OF SAN
JOAQUIN COUNTY et al.,                    NOTICE OF SUBMISSION

            Defendants.                   OF DOCUMENTS
_____/
```

       Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      _____  <u>three</u> completed USM-285 forms

DATED: _____.

                                                               _____
                                                                              Plaintiff